# Court of Appeals
# of the State of Georgia

ATLANTA,  February 17, 2016

*The Court of Appeals hereby passes the following order:*

**A16A0535. ORTON v. THE STATE.**

This case was docketed by this court on November 18, 2015, and appellant's brief and enumerations of error were due December 08, 2015. Although the appellant was ordered on January 6, 2016, to file a brief within 10 days, he has not done so as of the date of this order. Accordingly, this appeal is hereby DISMISSED as abandoned pursuant to Court of Appeals Rules 13 and 23 (a). See *Whittle v. State*, 210 Ga. App. 841, 842 (437 SE2d 842) (1993). ("[W]hen an appellant elects to pursue his own appeal, and fails to file enumerations of error or a brief after having been ordered to do so by this court, the appeal will be dismissed.")



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  02/17/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*